**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter 11

                                   Case No. 22 - 50513  (JTD )

Debtor: FTX Trading Ltd., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice

of  Robert N. Cappucci of Entwistle & Cappucci LLP

to represent  Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar

in this action.

                                   /s/ Robert K. Kriner, Jr.

Firm Name: Chimicles Schwartz Kriner &
                   Donaldson-Smith LLP
Address:   2711 Centerville Rd., Suite 201
                   Wilmington, Delaware 19808
Phone:     (302) 656-2500
Email:     robertkriner@chimicles.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                   /s/ Robert N. Cappucci

Firm Name: Entwistle & Cappucci LLP
                   230 Park Ave., 3rd Floor
Address:   New York, New York 10169
Phone:     (212) 894-7200
Email:     rcappucci@entwistle-law.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.