UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter __11__

                                      Case No. __22__-__50513__ (__JTD__)

Debtor: __FTX Trading Ltd., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Joshua K. Porter of Entwistle & Cappucci LLP__ to represent __Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar__ in this action.

                                         /s/ Robert K. Kriner, Jr.

Firm Name: Chimicles Schwartz Kriner & Donaldson-Smith LLP
Address: 2711 Centerville Rd., Suite 201 Wilmington, Delaware 19808
Phone: (302) 656-2500
Email: robertkriner@chimicles.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                         /s/ Joshua K. Porter

Firm Name: Entwistle & Cappucci LLP
Address: 230 Park Ave., 3rd Floor New York, New York 10169
Phone: (212) 894-7200
Email: jporter@entwistle-law.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105