**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                      Chapter __11__

                                           Case No. __22__-__50513__ (__JTD__)

Debtor: __FTX Trading Ltd., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Andrew J. Entwistle of Entwistle & Cappucci LLP__ to represent __Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar__ in this action.

/s/ Robert K. Kriner, Jr.

Firm Name: Chimicles Schwartz Kriner & Donaldson-Smith LLP
Address: 2711 Centerville Rd., Suite 201
Wilmington, Delaware 19808
Phone: (302) 656-2500
Email: robertkriner@chimicles.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Texas__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Andrew J. Entwistle

Firm Name: Entwistle & Cappucci LLP
Address: 500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Phone: (512) 710-5960
Email: aentwistle@entwistle-law.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105