## CERTIFICATE OF SERVICE

I, Amanda L. Roy_____, certify that I am, and at all times during the service of process was,
       (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made January 5, 2023_____ by:
                                                                                                              (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
   To Counsel for Alameda Research LLC, whom agreed to
   accept service for West Realm Shires Inc. via e-mail at
   brown@lrclaw.com.

☐ Residence Service: By leaving the process with the following adult at:


☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                                        (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

01/05/2023                                          *signature*
_____                              _____
     Date                                          Signature

Print Name: Amanda L. Roy

Business Address: 2711 Centerville Road, Suite 201

City: Wilmington     State: DE     Zip: 19808