## CERTIFICATE OF SERVICE

I, __Amanda L. Roy_____, certify that I am, and at all times during the service of process was,
   (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further
certify that the service of this summons and a copy of the complaint was made __January 5, 2023_____ by:
                                                                                   (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
   To Counsel for West Realm Shires Services Inc., whom agreed
   to accept service for West Realm Shires Inc. via e-mail at
   brown@lrclaw.com.

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
  as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__01/05/2023_____                    _____*signature*_____
     Date                                        Signature

Print Name: Amanda L. Roy

Business Address: 2711 Centerville Road, Suite 201

City: Wilmington      State: DE      Zip: 19808