United States Bankruptcy Court
District of Delaware

In re: __FTX TRADING LTD., et al.__,  )
  Debtor  )
  )  Case No.: __22-11068 (JTD)__
Austin Onusz, Cedric Kees Van Putten, Nicholas J. Marshall and Hamad Dar, on behalf of themselves and all others similarly situated,  )
  )  Chapter: __11__
  Plaintiffs  )
  v.  )
West Realm Shires Inc., West Realm Shires Services Inc. (D/B/A FTX US), FTX Trading LTD., Alameda Research LLC, Sam Bankman-Fried, Zixiao Wang, Nishad Singh and Caroline Ellison  )  Adv. Proc. No.: __22-50513-JTD__
  Defendants  )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Robert J. Kriner, Jr. and Scott M. Tucker
> 2711 Centerville Road, Suite 201
> Wilmington, DE 19808

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room 5 |
|---|---|
| 824 Market Street, 5th Floor<br>Wilmington, DE 19801 | Date and Time<br>April 12, 2023 at 1:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: __01/05/2023__

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

## CERTIFICATE OF SERVICE

I, __Amanda L. Roy_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __January 5, 2023_____ by:
(name)                                                                                                                                                                                                                                                  (date)

☐   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☑   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
    To Counsel for West Realm Shires Services Inc., whom agreed
    to accept service for West Realm Shires Inc. via e-mail at
    brown@lrclaw.com.

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: [Describe briefly]

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                                                                                             (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__01/05/2023_____                    _____
Date                                                                              Signature

Print Name: Amanda L. Roy

Business Address: 2711 Centerville Road, Suite 201

City: Wilmington    State: DE    Zip: 19808