# United States Bankruptcy Court
## District of Delaware

In re: **FTX TRADING LTD., et al.**,
Debtor

Austin Onusz, Cedric Kees Van Putten, Nicholas J. Marshall and Hamad Dar, on behalf of themselves and all others similarly situated,
Plaintiffs

v.

West Realm Shires Inc., West Realm Shires Services Inc. (D/B/A FTX US), FTX Trading LTD., Alameda Research LLC, Sam Bankman-Fried, Zixiao Wang, Nishad Singh and Caroline Ellison,
Defendants

Case No.: 22-11068 (JTD)

Chapter: 11

Adv. Proc. No.: 22-50513-JTD

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
824 Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Robert J. Kriner, Jr. and Scott M. Tucker
2711 Centerville Road, Suite 201
Wilmington, DE 19808

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address
824 Market Street, 5th Floor
Wilmington, DE 19801

Room 5

Date and Time
April 12, 2023 at 1:00 p.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: 01/16/2023

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

## CERTIFICATE OF SERVICE

I, __Adam Hochman (#PS1717)__, certify that I am, and at all times during the service of process was,
        (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __01/17/2023 @ 6:45pm PST__ by:
                                                                                                                                                            (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☑ Residence Service: By leaving the process with the following adult at:
Alan Bankman, Father and Co-Resident. Alan Bankman is a 67 year old Caucasian Male, approx. 130 pounds, 5'5", with White Hair.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

01/18/2023                                              _[signature]_
_____                                            _____
   Date                                                  Signature

Print Name: Adam Hochman

Business Address: 406 Hillwood Ct

City: Mountain View     State: CA     Zip: 94040