# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>　　　　Defendants. | Adv. Pro. No. 22-50513 (JTD)<br><br>**Ref. No. 1** |

## CERTIFICATION OF COUNSEL

I, Kimberly A. Brown, counsel to the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby certify as follows to the best of my knowledge, information and belief:

　　1.　　On December 27, 2022, Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar (collectively, the "Plaintiffs") filed the *Adversary Complaint for Declaratory Judgment and Violations of Common Law* (the "Complaint")

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[Adv. D.I. 1] in the above-captioned adversary proceeding against, among others, West Realm Shires Inc., West Realm Shires Services Inc. (*d/b/a* FTX US), FTX Trading Ltd., Alameda Research LLC (collectively, the "Debtor Defendants").

2. On January 5, 2023, the Plaintiffs served a copy of the Complaint on the Debtor Defendants.

3. Pursuant to rule 7012(a) of the Federal Rules of Bankruptcy Procedure, the deadline for the Debtor Defendants to answer, move or otherwise respond to the Complaint is thirty (30) days from service of the Complaint (*i.e.*, February 4, 2023) as such date falls on a Saturday the deadline automatically moves to the next business day pursuant to Bankruptcy Rule 9006(a)(1) (*i.e.*, February 6, 2023) (the "Response Deadline").

4. The Plaintiffs and the Debtor Defendants (together, the "Parties") have conferred and agree that the Debtor Defendants' Response Deadline shall be extended to April 7, 2023.

5. The Parties' stipulation is attached as **Exhibit A** to the proposed form of order approving the stipulation, which is annexed hereto as **Exhibit 1** (the "Order").

6. Accordingly, the Parties respectfully request that the Bankruptcy Court enter the Order at its earliest convenience.

| | |
|---|---|
| Dated: February 2, 2023<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kimberly A. Brown*<br>Adam G. Landis (No. 3407)<br>Kimberly A. Brown (No. 5138)<br>Matthew R. Pierce (No. 5946)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>        brown@lrclaw.com<br>        pierce@lrclaw.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>James L. Bromley (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        bromleyj@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        kranzleya@sullcrom.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* |