## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Adv. Proc. No. 22-50513 (JTD) |
| v. | |
| WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON, | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of **Jeremy D. Mishkin, Esq.** of Montgomery McCracken Walker & Rhoads LLP to represent Samuel Bankman-Fried in the above-captioned action.

Dated:  April 6, 2023

/s/ Gregory T. Donilon
Gregory T. Donilon (No. 4244)
MONTGOMERY MCCRACKEN WALKER &
  RHOADS LLP
1105 North Market Street, Suite 1500
Wilmington, Delaware  19801
Telephone: (302) 504-7800
Email: gdonilon@mmwr.com

- 2 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania, the State of New York, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Southern and Eastern Districts of New York, the United States Courts of Appeals for the First and Third Circuits, and the United States Supreme Court. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.


Dated: April 6, 2023                          */s/ Jeremy D. Mishkin*
                                              Jeremy D. Mishkin
                                              MONTGOMERY MCCRACKEN WALKER &
                                                  RHOADS LLP
                                              1735 Market Street, 21st Floor
                                              Philadelphia, Pennsylvania  19103-7505
                                              Telephone: (215) 772-7246
                                              Email: jmishkin@mmwr.com


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.