# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>                        Defendants. | Adv. Proc. No. 22-50513 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of **Jeremy D. Mishkin, Esq.** of Montgomery McCracken Walker & Rhoads LLP to represent Samuel Bankman-Fried in the above-captioned action.

Dated: April 6, 2023

                                                         */s/ Gregory T. Donilon*
                                                         Gregory T. Donilon (No. 4244)
                                                         MONTGOMERY MCCRACKEN WALKER &
                                                           RHOADS LLP
                                                         1105 North Market Street, Suite 1500
                                                         Wilmington, Delaware  19801
                                                         Telephone: (302) 504-7800
                                                         Email: gdonilon@mmwr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the Commonwealth of Pennsylvania, the State of New York, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Southern and Eastern Districts of New York, the United States Courts of Appeals for the First and Third Circuits, and the United States Supreme Court. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  April 6, 2023

*/s/ Jeremy D. Mishkin*
Jeremy D. Mishkin
MONTGOMERY MCCRACKEN WALKER &
   RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, Pennsylvania  19103-7505
Telephone: (215) 772-7246
Email: jmishkin@mmwr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April 6th, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE