# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated, | Adv. Pro. No. 22-50513 (JTD) |
| Plaintiffs, | |
| v. | **Ref. Nos. 1, 23 & __** |
| WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON, | |
| Defendants. | |

## ORDER APPROVING SECOND STIPULATION REGARDING
## EXTENSION OF THE RESPONSE DEADLINE

Upon the Certification of Counsel and the *Second Stipulation Regarding Extension of the Response Deadline* (the "Stipulation")[2] entered into between the Plaintiffs and the Debtor Defendants, a copy of which is attached hereto as **Exhibit A**; and the Bankruptcy Court having jurisdiction to consider approval of the Stipulation; and it appearing that sufficient notice of the

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]  Terms utilized but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Stipulation has been given; and after due deliberation; and good and sufficient cause appearing

therefore; it is hereby

      ORDERED that the Stipulation is hereby APPROVED; and it is further

      ORDERED that this Bankruptcy Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2023
      Wilmington, Delaware

                         _____
                         The Honorable John T. Dorsey
                         United States Bankruptcy Judge

# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

|  |  |
|---|---|
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated, |  |
| Plaintiffs, | Adv. Pro. No. 22-50513 (JTD) |
| v. | **Ref. Nos. 1 & 23** |
| WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON, |  |
| Defendants. |  |

## SECOND STIPULATION REGARDING EXTENSION OF THE RESPONSE DEADLINE

This *Second Stipulation Regarding Extension of the Response Deadline* (the "Stipulation")

is made as of April 6, 2023, by and among Austin Onusz, Cedric Kees van Putten, Nicholas J.

Marshall, and Hamad Dar (collectively, the "Plaintiffs") and West Realm Shires Inc., West Realm

Shires Services Inc. (*d/b/a* FTX US), FTX Trading Ltd., Alameda Research LLC (collectively, the

"Debtor Defendants" and together with the Plaintiffs, the "Parties").

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## RECITALS

**WHEREAS,** on December 27, 2022, Plaintiffs filed the *Adversary Complaint for Declaratory Judgment and Violations of Common Law* (the "Complaint") [Adv. D.I. 1] in the above-captioned adversary proceeding against, among others, the Debtor Defendants.

**WHEREAS,** on January 5, 2023, Plaintiffs served the Complaint on the Debtor Defendants.

**WHEREAS,** on February 3, 2023, the Court entered the *Order Approving Stipulation Regarding Extension of the Response Deadline* [Adv. D.I. 23], extending the Debtor Defendants' deadline to answer, move or otherwise respond to the Complaint from February 6, 2023 to April 7, 2023 (the "Response Deadline").

**WHEREAS**, pursuant to rule 7004-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Plaintiffs noticed the pretrial conference (the "Pretrial Conference") for April 12, 2023 at 1:00 p.m. (ET).

**WHEREAS**, the Parties have agreed, as set forth herein, that the Debtor Defendants' Response Deadline shall be further extended twenty (20) days, to April 27, 2023 and the date of the Pretrial Conference shall be adjourned to May 17, 2023 at 1:00 p.m. (ET).

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## STIPULATION

1.      The Parties agree that notwithstanding anything to the contrary in the Bankruptcy Rules, the Debtor Defendants' Response Deadline is hereby extended to April 27, 2023, which may be further extended by agreement of the Parties or order of the Court.

2.      The Pretrial Conference is hereby adjourned to May 17, 2023 at 1:00 p.m. (ET).

3.      This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.  The terms of this Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

4.      The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

5.      The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

6.      This Stipulation shall be governed by and construed in accordance with the United States Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

7.      This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

8.      The Bankruptcy Court shall have and retain jurisdiction to resolve any disputes or controversies arising from, in connection with, or related to this Stipulation.

9.      Notwithstanding the possible application of any Bankruptcy Rule to the contrary, the Order approving this Stipulation shall be in full force and effect upon its entry.

Dated:  April 6, 2023

**LANDIS RATH & COBB LLP**

/s/ Matthew B. McGuire
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Kimberly A. Brown (No. 5138)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
        mcguire@lrclaw.com
        brown@lrclaw.com
        pierce@lrclaw.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
James L. Bromley (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        bromleyj@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

/s/ Robert J. Kriner, Jr.
Robert J. Kriner, Jr. (Del. Bar. No. #2546)
Scott M. Tucker (Del. Bar. No. #4925)
2711 Centerville Rd, Suite 201
Wilmington, Delaware 19808
Telephone: (302) 656-2500
E-mail: robertkriner@chimicles.com
        scotttucker@chimicles.com

**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 710-5960
E-mail: aentwistle@entwistle-law.com

-and-

Robert N. Cappucci
Joshua K. Porter
230 Park Avenue, 3rd Floor
New York, NY 10169
Telephone: (212) 894-7200
E-mail: rcappucci@entwistle-law.com
        jporter@entwistle-law.com

*Counsel For Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar*