# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>         v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>                 Defendants. | Adversary Proceeding No. 22-50513 (JTD)<br><br>**RE:  Adv. D.I. \_\_\_** |

### ORDER APPROVING SECOND STIPULATION REGARDING (I) EXTENSION OF RESPONSE DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE

Upon the *Certification of Counsel* and the *Second Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation")[2] entered into between Plaintiffs and Samuel Bankman-Fried, a copy of which is attached this Order as **Exhibit**

---

[1]     The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]     Capitalized terms used, but not otherwise defined, in this Order shall have the meanings ascribed to such terms in the Stipulation.

**A**; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Order and the Stipulation are without prejudice to the Parties or Mr. Bankman-Fried seeking further extensions of the Response Deadline.

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>　　　　　　　　Defendants. | Adversary Proceeding No. 22-50513 (JTD) |

**SECOND STIPULATION REGARDING (I) EXTENSION OF RESPONSE
DEADLINE AND (II) ADJOURNMENT OF PRETRIAL CONFERENCE**

This *Second Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* (the "Stipulation") is made as of April 26, 2023, by and between (i) Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar (collectively, the "Plaintiffs") and (ii) Samuel Bankman-Fried (together with Plaintiffs, the "Parties").

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## RECITALS

WHEREAS, on December 27, 2022, Plaintiffs filed the *Adversary Complaint for Declaratory Judgment and Violations of Common Law* [Adv. D.I. 1] (the "Complaint"), thereby commencing the above-captioned adversary proceeding against, among others, Mr. Bankman-Fried.

WHEREAS, on January 27, 2023, Mr. Bankman-Fried's counsel accepted service on his behalf of the Complaint, along with the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* (the "Summons and Notice"), and, pursuant to the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding was originally scheduled for April 12, 2023.

WHEREAS, on April 10, 2023, the Court entered the *Order Approving Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference*, thereby approving the *Stipulation Regarding (i) Extension of Response Deadline and (ii) Adjournment of Pretrial Conference* [Adv. D.I. 31] (the "First Stipulation"), dated April 7, 2023, and, by the First Stipulation, the Parties stipulated and agreed that: (i) the deadline for Mr. Bankman-Fried to answer, move or otherwise respond to the Complaint was extended to and including April 27, 2023 (the "Response Deadline"), and (ii) the date of the Pretrial Conference was adjourned to May 17, 2023, at 1:00 p.m. (ET).

WHEREAS, as set forth herein, the Parties have agreed that: (i) Mr. Bankman-Fried's Response Deadline shall be further extended to and including June 15, 2023, and (ii) the date of the Pretrial Conference shall be adjourned to July 19, 2023, at 1:00 p.m. (ET).

NOW, THEREFORE, in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## **STIPULATION**

1. Mr. Bankman-Fried's Response Deadline is hereby extended to and including June 15, 2023.

2. The Pretrial Conference is hereby adjourned to July 19, 2023, at 1:00 p.m. (ET).

3. This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.  The terms of this Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

4. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

5. The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

6. This Stipulation shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

7. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement.  Further, electronic signatures or transmissions of an originally signed

document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

Dated: April 26, 2023

| MONTGOMERY McCRACKEN WALKER & RHOADS LLP | CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP |
|---|---|
| */s/ Gregory T. Donilon* <br> Gregory T. Donilon (No. 4244) <br> 1105 North Market Street, 15th Floor <br> Wilmington, Delaware  19801 <br> Telephone: (302) 504-7800 <br> gdonilon@mmwr.com <br><br> -and- <br><br> Jeremy D. Mishkin, Esq. <br> (admitted *pro hac vice*) <br> 1735 Market St., 21st Floor <br> Philadelphia, Pennsylvania  19103 <br> Telephone: (215) 772-7246 <br> jmishkin@mmwr.com <br><br> -and- <br><br> Edward L. Schnitzer, Esq. <br> (admitted *pro hac vice*) <br> 437 Madison Avenue, 24th Floor <br> New York, New York  10022 <br> Telephone: (212) 867-9500 <br> eschnitzer@mmwr.com <br><br> *Attorneys for Samuel Bankman-Fried* | */s/ Scott M. Tucker* <br> Robert J. Kriner, Jr. (No. 2546) <br> Scott M. Tucker (No. 4925) <br> 2711 Centerville Rd., Suite 201 <br> Wilmington, Delaware  19808 <br> Telephone:  (302) 656-2500 <br> robertkriner@chimicles.com <br> scotttucker@chimicles.com <br><br> -and- <br><br> **ENTWISTLE & CAPPUCCI LLP** <br> Andrew J. Entwistle, Esq. <br> 500 W. 2nd Street, Suite 1900 <br> Austin, Texas  78701 <br> Telephone:  (512) 710-5960 <br> aentwistle@entwistle-law.com <br><br> -and- <br><br> Robert N. Cappucci, Esq. <br> Joshua K. Porter, Esq. <br> 230 Park Avenue, 3rd Floor <br> New York, New York  10169 <br> Telephone:  (212) 894-7200 <br> rcappucci@entwistle-law.com <br> jporter@entwistle-law.com <br><br> *Counsel for Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar* |