# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>Defendants. | Adversary Proceeding No. 22-50513 (JTD) |

**[PROPOSED] ORDER APPROVING FIRST STIPULATION REGARDING
EXTENSION OF RESPONSE DEADLINE**

Upon the *Certification of Counsel* and the *First Stipulation Regarding Extension of Response Deadline* (the "Stipulation")[2] entered into between Plaintiffs and Caroline Ellison, a

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Capitalized terms used, but not otherwise defined, in this Order shall have the meanings ascribed to such terms in the Stipulation.

1

copy of which is attached to this Order as **Exhibit A**; and it appearing that sufficient notice of the Stipulation has been given; and after due deliberation; and good and sufficient cause appearing therefore; it is hereby ORDERED THAT:

1. The Stipulation is APPROVED.

2. This Order and the Stipulation are without prejudice to the Parties or Ms. Ellison seeking further extensions of the Response Deadline.