# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered) |
| AUSTIN ONUSZ, CEDRIC KEES VAN PUTTEN, NICHOLAS J. MARSHALL and HAMAD DAR, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC. (D/B/A FTX US), FTX TRADING LTD., ALAMEDA RESEARCH LLC, SAM BANKMAN-FRIED, ZIXIAO WANG, NISHAD SINGH and CAROLINE ELLISON,<br><br>　　　　Defendants. | Adv. Pro. No. 22-50513 (JTD) |

## STIPULATION REGARDING EXTENSION OF THE RESPONSE DEADLINE

This *Stipulation Regarding Extension of the Response Deadline* (the "Stipulation"), is made as of June 15, 2023, by and between (i) Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall, and Hamad Dar (collectively, the "Plaintiffs") and (ii) Nishad Singh (together with the Plaintiffs, the "Parties").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

## RECITALS

**WHEREAS,** on December 27, 2022, the Plaintiffs filed the *Adversary Complaint for Declaratory Judgment and Violations of Common Law* [Adv. D.I. 1] (the "Complaint") thereby commencing the above-captioned adversary proceeding against, among others, Mr. Singh.

**WHEREAS**, on February 18, 2023, Mr. Singh's counsel accepted service on his behalf of the Complaint, along with the Summons and Notice of Pretrial Conference in an Adversary Proceeding (the "Summons and Notice"), and, pursuant to the Summons and Notice, a pretrial conference (the "Pretrial Conference") in the above-captioned adversary proceeding was originally scheduled for April 12, 2023.

**WHEREAS,** on March 14, 2023, the Parties stipulated and agreed to extend Mr. Singh's time to answer, move, or otherwise respond to the Complaint.

**WHEREAS,** the Pretrial Conference has been adjourned several times, and is now scheduled for June 28, 2023 [Adv. D.I. 39].

**WHEREAS,** as set forth herein, the Parties have agreed that Mr. Singh's deadline to answer, move, or otherwise respond to the Complaint shall be further extended to July 31, 2023.

**NOW, THEREFORE,** in consideration of the foregoing recitals and the mutual promises hereinafter contained, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

## STIPULATION

1. Mr. Singh's Response Deadline is hereby extended to and including July 31, 2023.

2. The pre-trial conference will occur on the date of the first omnibus hearing following Defendants' submission of their answers.

3. This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof. The terms of this Stipulation may not be changed, amended, modified, or altered except by written agreement signed by each of the Parties or confirming emails exchanged by counsel to the Parties.

4. The Parties, by and through their undersigned counsel, each represent and warrant that the undersigned is fully authorized and empowered to execute and deliver this Stipulation on behalf of, and to bind, each Party, as applicable, to the terms and conditions of this Stipulation.

5. The Parties have cooperated in the drafting and preparation of this Stipulation. Therefore, in any construction to be made of this Stipulation, the Stipulation shall not be construed for or against any Party on that basis.

6. This Stipulation shall be governed by and construed in accordance with the United States Bankruptcy Code and, where not inconsistent, the laws of the State of Delaware, without regard to the conflict of laws principles thereof.

7. This Stipulation may be executed in any number of counterparts, and each such counterpart is to be deemed an original for all purposes, but all counterparts shall collectively constitute one agreement. Further, electronic signatures or transmissions of an originally signed document by facsimile or electronic mail shall be as fully binding on the Parties as an original document.

Dated:  June 15, 2023

| | |
|---|---|
| **COOLEY LLP** | **CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP** |
| */s/ Russell Capone* | */s/ Scott M. Tucker* |
| Russell Capone (*pro hac vice* forthcoming*) | Robert J. Kriner, Jr. (Del. Bar. No. #2546) |
| Michael Klein (*pro hac vice* forthcoming*) | Scott M. Tucker (Del. Bar. No. #4925) |
| 55 Hudson Yards | 2711 Centerville Rd, Suite 201 |
| New York, NY 10001 | Wilmington, Delaware 19808 |
| Telephone: (212) 479-6000 | Telephone: (302) 656-2500 |
| Facsimile: (212) 479-6275 | E-mail: robertkriner@chimicles.com |
| E-mail: rcapone@cooley.com | scotttucker@chimicles.com |
| mklein@cooley.com | |
| *Counsel for Nishad Singh* | **ENTWISTLE & CAPPUCCI LLP** |
| | Andrew J. Entwistle |
| * Counsel will associate with local counsel within the time permitted by L.R. 9010-1(d) | 500 W. 2nd Street, Suite 1900 |
| | Austin, Texas 78701 |
| | Telephone: (512) 710-5960 |
| | E-mail: aentwistle@entwistle-law.com |
| | |
| | -and- |
| | |
| | Robert N. Cappucci |
| | Joshua K. Porter |
| | 230 Park Avenue, 3rd Floor |
| | New York, NY 10169 |
| | Telephone: (212) 894-7200 |
| | E-mail: rcappucci@entwistle-law.com |
| | jporter@entwistle-law.com |
| | |
| | *Counsel For Plaintiffs Austin Onusz, Cedric Kees van Putten, Nicholas J. Marshall and Hamad Dar* |