**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |

**INDEX OF PLEADINGS – FIRST INTERIM FEE APPLICATIONS**

1.  First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1106, filed on March 17, 2023]

    Related Documents:

    A.  First Monthly Fee Statement of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period December 22, 2022 through December 31, 2022 [D.I. 766, filed on February 24, 2023]

    B.  Second Monthly Fee Statement of Young Conaway Stargatt & Taylor, LLP, as Co-Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2023 to January 31, 2023 [1086, filed on March 16, 2023]

    C.  Certificate of No Objection [D.I. 1103, filed on March 17, 2023]

    D.  Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 1108, filed on March 17, 2023]

    E.  Certificate of No Objection [D.I. 1236, filed on April 6, 2023]

2.  First Interim Fee Request of Paul Hastings LLP [D.I. 1106, filed on March 17, 2023]

    Related Documents:

    A.  First Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

Reimbursement of Expenses for the period December 20, 2022 to December 31, 2022 [D.I. 765, filed on February 24, 2023]

B.   Second Monthly Fee Statement of Paul Hastings LLP, as Lead Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the period from January 1, 2023 to January 31, 2023 [D.I. 1085, filed on March 16, 2023]

C.   Certificate of No Objection [D.I. 1102, filed on March 17, 2023]

D.   Supplement to the First Interim Fee Application of Paul Hastings LLP [D.I. 1107, filed on March 17, 2023]

E.   Certificate of No Objection [D.I. 1235, filed on April 6, 2023]

3.   First Interim Fee Request of FTI Consulting, Inc. [D.I. 1106, filed on March 17, 2023]

Related Documents:

A.   First Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the period December 22, 2022 through December 31, 2022 [D.I. 767, filed on February 24, 2023]

B.   Second Monthly Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the period January 1, 2023 to January 31, 2023 [D.I. 1097, filed on March 16, 2023]

C.   Certificate of No Objection [D.I. 1104, filed on March 17, 2023]

D.   Supplement to the First Interim Fee Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the period December 22, 2022 through January 31, 2023 [D.I. 1110, filed on March 17, 2023]

E.   Certificate of No Objection [D.I. 1237, filed on April 6, 2023]

{1368.002-W0071065.3}

4.      First Interim Fee Request of Jefferies LLC [D.I. 1106, filed on March 17, 2023]

Related Documents:

A.      First Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the period from December 23, 2022 to and Including December 31, 2022 [D.I. 1099, filed on March 17, 2023]

B.      Second Monthly Fee Application of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the period from January 1, 2023 to January 31, 2023 [D.I. 1100, filed on March 17, 2023]

C.      Supplement to the First Interim Fee Request of Jefferies LLC [D.I. 1111, filed on March 17, 2023]

D.      Certificate of No Objection [D.I. 1249, filed on April 10, 2023]

E.      Certificate of No Objection [D.I. 1250, filed on April 10, 2023]

5.      Interim Application for Compensation of Sullivan & Cromwell LLP [D.I. 1112, filed on March 17, 2023]

Related Documents:

A.      First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 12, 2022 through and including November 30, 2022 [D.I. 648, filed on February 7, 2023]

B.      Second Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 721, filed February 14, 2023]

C.      Certificate of No Objection [D.I. 776, filed February 28, 2023]

D.      Third Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January

1, 2023 through and including January 31, 2023 [D.I. 818, filed on March 6, 2023]

      E.       Certificate of No Objection [D.I. 821, filed on March 7, 2023]

      F.       Certificate of No Objection [D.I. 1177, filed on March 28, 2023]

6.     First Interim Fee Application of Landis Rath & Cobb LLP [D.I. 1113, filed on March 17, 2023]

      Related Documents:

      A.      First Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including December 31, 2022 [D.I. 646, filed on February 7, 2023]

      B.      Certificate of No Objection [D.I. 777, filed on February 28, 2023]

      C.      Second Monthly Fee Statement of Landis Rath & Cobb LLP as Bankruptcy Co-Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 815, filed on March 6, 2023]

      D.      Certificate of No Objection [D.I. 1178, filed on March 28, 2023]

7.     First Interim Fee Application of Perella Weinberg Partners LP [D.I. 1114, filed on March 17, 2023]

      Related Documents:

      A.      First Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 16, 2022 through and including November 30, 2022 [D.I. 748, filed on February 21, 2023]

      B.      Second Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 749, filed on February 21, 2023]

      C.      Third Monthly Fee Statement of Perella Weinberg Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Compensation for

{1368.002-W0071065.3}

Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 814, filed on March 6, 2023]

D.      Certificate of No Objection [D.I. 855, filed on March 14, 2023]

E.      Certificate of No Objection [D.I. 856, filed on March 14, 2023]

F.      Certificate of No Objection [D.I. 1180, filed on March 28, 2023]

8.      First Interim Fee Application of Alvarez & Marsal North America, LLC [D.I. 1115, filed on March 17, 2023]

        Related Documents:

A.      First Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 11, 2022 through and including November 30, 2022 [D.I. 647, filed on February 7, 2023]

B.      Second Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through and including December 31, 2022 [D.I. 723, filed on February 14, 2023]

C.      Certificate of No Objection [D.I. 778, filed on February 28, 2023]

D.      Third Monthly Fee Statement of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through and including January 31, 2023 [D.I. 812, filed on March 6, 2023]

E.      Certificate of No Objection [D.I. 822, filed on March 7, 2023]

F.      Certificate of No Objection [D.I. 1179, filed on March 28, 2023]

9.      First Interim Application of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through January 31, 2023 [D.I. 1116, filed on March 17, 2023]

{1368.002-W0071065.3}

Related Documents:

A.    First Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 28, 2022 through December 31, 2022 [D.I. 645, filed on February 7, 2023]

B.    Certificate of No Objection [D.I. 780, filed on February 28, 2023]

C.    Second Monthly Fee Statement of AlixPartners, LLP, Forensic Investigation Consultant to the Chapter 11 Debtors and Debtors-in-Possession, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 [D.I. 816, filed on March 6, 2023]

D.    Certificate of No Objection [D.I. 1181, filed on March 28, 2023]

10.    First Interim Fee Application of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 1117, filed on March 17, 2023]

Related Documents:

A.    First Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-In-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from the Petition Date Through and Including December 31, 2022 [D.I. 644, filed February 7, 2023]

B.    Notice of Filing Corrected Summary Chart to Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP [D.I. 712, filed on February 13, 2023]

C.    Certificate of No Objection [D.I. 779, filed on February 28, 2023]

D.    Second Monthly Fee Statement of Quinn Emanuel Urquhart & Sullivan, LLP as Special Counsel to the Debtors and Debtors-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 Through and Including January 31, 2023 [D.I. 813, filed on March 6, 2023]

E.    Certificate of No Objection [D.I. 1182, filed on March 28, 2023]

11.    Fee Examiner's Summary Report on Fee Review Process and First Interim Fee Applications Scheduled for Uncontested Hearing on June 28, 2023 [D.I. 1663, filed on June 20, 2023]

{1368.002-W0071065.3}